UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NOEL GONZALEZ-GONZALEZ,<br><br>      Defendant. | CASE NO. **10CR3731-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of the Indictment/Information: <u>21 USC §841(a)(1) Possession of methamphetamine with intent to distribute</u>.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 24, 2010

                *Janis L. Sammartino*
                JANIS L. SAMMARTINO
                UNITED STATES DISTRICT JUDGE